**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 2:09-CR-132-JAD-(GWF) |
| JEFFREY MITCHELL, | ) ) ) | |
| Defendant. | ) | |

**ORDER OF FORFEITURE**

On September 30, 2013, defendant JEFFREY MITCHELL pled guilty to Count Two of a Fifteen-Count Second Superseding Indictment charging him in Count Two with Conspiracy to Sell Unregistered Securities, to Make False Statements to SEC, to Evade Filing Periodic Reports, and to Commit Securities Fraud and Insider Trading in violation of Title 15, United States Code, Sections 77e, 77q, 78j, and 78m; and Title 18, United States Code, Section 371, and agreed to the forfeiture of an *in personam* criminal forfeiture money judgment of $10,000,000 pursuant to the Plea Agreement and the Forfeiture Allegations in the Second Superseding Indictment. Second Superseding Indictment, ECF No. 70; Change of Plea Minutes, ECF No. 198; Plea Agreement, ECF No. 200.

This Court finds that JEFFREY MITCHELL shall pay a criminal forfeiture money judgment of $10,000,000 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JEFFREY MITCHELL a criminal forfeiture money judgment in the amount of $10,000,000 in United States Currency.

DATED this 4th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I, Ray Southwick, Forfeiture Support Associates Paralegal, certify that the following individuals were served with copies of the Order of Forfeiture on October 3, 2013, by the below identified method of service:

CM/ECF

| | |
|---|---|
| Jess R. Marchese<br>Law Offices of Jess R. Marchese<br>1212 South Casino Center Blvd.<br>Las Vegas, NV 89104<br>marcheselaw@msn.com<br>Attorney for Jeffrey Turino | David T. Brown<br>Brown, Brown & Premsrirut<br>520 S. 4th St. 2nd Fl.<br>Las Vegas, NV 89101<br>master@brownlawlv.com<br>Attorney for Jeffrey Mitchell |
| Bart Stapert<br>Bohler Law Firm<br>BStapert@Bohler.eu<br>Attorney for Melissa Spooner | John Wesley Hall, Jr.<br>1202 Main Street, Ste. 210<br>Little Rock, AR 72202<br>tjl@forhall.com<br>Attorney for Brian Dvorak |
| Mace J. Yampolsky<br>Mace Yampolsky, LTD<br>625 S. Sixth St.<br>Las Vegas, NV 89101<br>Mace@macelaw.com<br>Attorney for Melissa Spooner | Chris T. Rasmussen<br>Rasmussen & Kang LLC<br>330 S. Third St., Ste. 1010<br>Las Vegas, NV 89101<br>chris@rasmussenkang.com<br>Attorney for Ginger Gutierrez |
| Mark S. Dzarnoski<br>Gordan & Silver, Ltd.<br>3960 Howard Hughes Pkwy., 9th Fl.<br>Las Vegas, NV 89109<br>usdcnotices@gordonsilver.com<br>Attorney for Helen Bagley | Todd M. Leventhal<br>Leventhal and Associates<br>600 South Third St.<br>Las Vegas, NV 89101<br>todlev@yahoo.com<br>Attorney for James Kinney |

/s/ Ray Southwick
Ray Southwick
Forfeiture Support Associates Paralegal